UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:26-CV-00054-GNS

NICOLE DEIDUN et al. PLAINTIFFS

v.

HUMANA, INC. DEFENDANT

# **ORDER**

This matter is before the Court on Defendant's Motion to Dismiss (DN 25). Plaintiff has subsequently filed the Amended Complaint (DN 32).

Because the Amended Complaint subsumes the allegations in the Complaint, the Court denies Defendant's motions to dismiss as moot. *See Disselkamp v. Norton Healthcare, Inc.*, No. 3:18-CV-00048-GNS, 2019 WL 3536038, at *2 (W.D. Ky. Aug. 2, 2019); *Herran Props., LLC v. Lyon Cnty. Fiscal Ct.*, No. 5:17-CV-00107-GNS, 2017 WL 6377984, at *2 (citing *Cedar View, Ltd. v. Colpetzer*, No. 5:05-CV-00782, 2006 WL 456482, at *5 (N.D. Ohio Feb. 24, 2006)); *Ky. Press Ass'n, Inc. v. Kentucky*, 355 F. Supp. 2d 853, 857 (E.D. Ky. 2005) (citing *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000)).

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (DN 25) is **DENIED AS MOOT**.

**Greg N. Stivers, Judge**
**United States District Court**
April 21, 2026

cc: counsel of record