**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| NICOLE DEIDUN, ELLIOT GORLIN, KELLEY JEWELL, NANCY MACINTYRE, and MARY PAYNE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUMANA INC.,<br><br>Defendant. | Case No. 3:26-CV-54-GNS |

**[DRAFT] ORDER**

Having considered Defendant Humana Inc.'s ("Humana") Motion to Dismiss Plaintiffs'

First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and good cause appearing, **IT IS**

**SO ORDERED** that Humana's Motion is **GRANTED.** Plaintiffs' Class Action Complaint is

dismissed with prejudice.


Dated:_____          **ENTERED:**


_____
The Honorable Greg N. Stivers
United States District Judge

324677779v.1