AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Western District of Kentucky

| | | |
|---|---|---|
| Nicole Deidun, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-00054-GNS |
| Humana Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Humana Inc.                                                                 .

Date:     07/01/2026

/s/ Burt A. Stinson
*Attorney's signature*

Burt A. Stinson, KY Bar No. 99448
*Printed name and bar number*

Kaplan Johnson Abate & Bird LLP
471 West Main Street, Suite 203
Louisville, KY 40202

*Address*

cstinson@kaplanjohnsonlaw.com
*E-mail address*

(502) 416-1630
*Telephone number*

(502) 540-8282
*FAX number*