WDKY (Rev. 11/22) Federal Rule of Civil Procedure 7.1(a)(2) Disclosure Statement

## THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF KENTUCKY
**at** _____LOUISVILLE_____

Plaintiff:  **Nicole Deidun, et al.**
_____

v.                                                                    Case No: 3:26-cv-00054-GNS
_____

Defendant:  **Humana Inc.**
_____

\* \* \* \* \*

### DISCLOSURE STATEMENT

This Disclosure Statement is filed on behalf of ___**Humana Inc.**___ in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor: (Attach additional pages if needed.)

**Humana Inc.**
_____
Party or Intervenor Name

**Kentucky and Delaware**
_____
Citizenship

_____
Party or Intervenor Name

_____
Citizenship

_____
Party or Intervenor Name

_____
Citizenship

WDKY (Rev. 11/22) Federal Rule of Civil Procedure 7.1(a)(2) Disclosure Statement

_____          _____
Party or Intervenor Name                 Citizenship


**A supplemental disclosure statement will be filed upon any change in the information provided herein.**


July 1, 2026                             Burt A. Stinson   Digitally signed by Burt A. Stinson
_____                            Date: 2026.07.01 14:11:13 -04'00'
Date                                     _____
                                         Signature

                        Counsel for:    Humana Inc.
                                         _____